## 61010. HARVEY v. THE STATE.

SMITH, Judge.
The judgment is affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED NOVEMBER 4, 1980 — DECIDED
NOVEMBER 18, 1980.

*John F. Salter,* for appellant.
*William S. Lee, District Attorney,* for appellee.